FILED: January 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4953

(2:13-cr-00012-MR-DLH-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JACKIE LEE RATTLER

       Defendant - Appellant

_____

O R D E R

_____

For reasons appearing to the court,

The order of 1/20/15 appointing counsel for appellant is vacated.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk