UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

TRANSCRIPT ORDER DEFICIENCY NOTICE

No. _____,_____
Lower Court No.: _____

> **To permit confirmation of financial arrangements, including approval by the district court of the CJA 24 form, 7 days have been added to the period established by the transcript guidelines for filing of appellate transcript. If financial arrangements are not confirmed within 7 days or if there are other problems with the Transcript Order, the Court Reporter should, within 14 days of issuance of the Transcript Order Acknowledgment, file a Transcript Order Deficiency Notice with the Court of Appeals identifying the problem. Copies of the Deficiency Notice will be sent via CM/ECF to the parties and the district court.**

[ ]   Transcript has previously been filed with district court.
      (specify):

[ ]   CJA 24 application has not been submitted to district court for approval by counsel.

[ ]   CJA 24 application was not approved within 7 days of issuance of Transcript Order Acknowledgment.

[ ]   Not all requests on CJA 24 application were granted by district court. (specify):

[ ]   Motion for transcript at government expense has not been granted (28 U.S.C. § 753(f)).

[ ]   Satisfactory financial arrangements have not been made.
      (specify):

[ ]   Transcript order is unclear. (specify):

[ ]   Other (specify):


**Relief Requested:**   [ ] Rescission of filing deadline
                         [ ] Extension of filing deadline to _____

**Court Reporter:**
**Signature:**
**Date:**


04/22/2014 CAD